126 A.3d 1

In the Matter of the Petition for REINSTATEMENT OF
Kevin Trent OLSZEWSKI to the Bar of Maryland.

Misc. Docket AG No. 46, Sept. Term, 2015.

Court of Appeals of Maryland.

Nov. 19, 2015.

## ORDER

The Court having considered the Petition for Reinstatement
of Kevin Trent Olszewski and the response filed thereto by
Bar Counsel, in the above captioned case, it is this 19th day of
November, 2015,

ORDERED, by the Court of Appeals of Maryland, that the
petition be, and it is hereby GRANTED, and the petitioner
Kevin Trent Olszewski is hereby reinstated by this Court to
the practice of law in Maryland; and it is further

ORDERED, that the Clerk of this Court shall replace the
name of Kevin Trent Olszewski on the register of attorneys in
this Court and certify that fact to the Trustees of the Client
Protection Fund and to the Clerks of all judicial tribunals in
this State.